AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Garrick Legette, <br> *Plaintiff* <br> v. <br> Commissioner of Social Security Administration <br> *Defendant* | ) <br> ) <br> ) Civil Action No.   0:23-cv-03109-JDA <br> ) <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:  Decision of the Commissioner is Affirmed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Jacquelyn D. Austin, United States District Judge who accepted the Report and Recommendation of the Honorable Paige J. Gossett, United States Magistrate Judge.

Date:   September 10, 2024                                                  *CLERK OF COURT*


                                                                                        S/ A. Snipes

                                                                                *Signature of Clerk or Deputy Clerk*